

# NUMBER 13-26-00084-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MIDLO CONTRACTING, LLC, A
TEXAS LIMITED LIABILITY COMPANY,**           **Appellant,**

**v.**

**RICHARD RODGERS
AND DANA RODGERS,**           **Appellees.**

---

## ON APPEAL FROM THE 40TH DISTRICT COURT
## OF ELLIS COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellant's notice of voluntary dismissal of appeal.[1] The notice is construed as a motion to dismiss, as contemplated by Texas Rule

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. 73.001.

of Appellate Procedure 42.1(a)(1). It is unclear whether appellee opposes the motion, as it fails to include a certificate of conference. *See* TEX. R. APP. P. 10.1(a)(5). On March 24, 2026, the Clerk of the Court requested an amended motion. To date appellant has failed to file an amended motion, but appellee has not filed an objection to the motion. Therefore, to both expedite this decision and for good cause, we suspend the requirement that the motion contain a certificate of conference. *See id.* R. 2.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See id.* 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Additionally, the costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
7th day of May, 2026.

2